GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com

Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant FCA US LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME FRANCO, an individual; SANDRA CANO, an individual,<br><br>　　　　Plaintiffs,<br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive<br><br>　　　　Defendants. | Case No: 2:21-cv-09041-SB-JC<br><br>**ORDER RE: PROPOSED STIPULATED PROTECTIVE ORDER** |

　　FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


DATED:   January 24, 2022

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE