# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME FRANCO, an individual; SANDRA CANO, an individual, | ) Case No: 2:21-cv-09041-SB-JC |
| | ) Dist Judge Stanley Blumenfeld Jr |
| | ) Mag Judge Jacqueline Chooljian |
| Plaintiffs, | ) Courtroom: 6C |
| vs. | ) |
| | ) |
| FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive | ) **ORDER OF DISMISSAL** |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Date: October 11, 2022

Stanley Blumenfeld, Jr.
Judge of the United States District Court

1

ORDER